THE CHEMICAL NATIONAL BANK OF NEW YORK, Respondent,
v. AMY H. KELLOGG, Appellant.

Reported below, 87 App. Div. 633.
(Submitted May 29, 1905; decided June 6, 1905.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 30, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

The motion was made upon the ground that the judgment of the Appellate Division was unanimous and, therefore, not appealable to the Court of Appeals.

*William D. Tyndall* for motion.

*P. A. Hargous* opposed.

Motion denied, with ten dollars costs.

---

GEORGE W. SAUER, Appellant, v. THE CITY OF NEW YORK, Respondent.

(Submitted May 29, 1905; decided June 6, 1905.)

Motion for reargument denied, with ten dollars costs. (See 180 N. Y. 27.)

---

JOHN J. CARLE, as Executor of JOHN J. CARLE, JR., Plaintiff,
v. GEORGE B. STARRETT et al., Defendants.

ROBERT W. CARLE et al., Respondents; GEORGE B. STARRETT, as Executor of GEORGE STARRETT, Deceased, and as Committee of FREDERICK W. STARRETT, Appellant.

(Submitted May 29, 1905; decided June 6, 1905.)

Motion to change remittitur. (See 181 N. Y. 552.) Motion granted so as to allow costs to each respondent appearing by separate attorneys in this court.